UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KNOWLEDGE DOWTIN,

                Petitioner,

  -against-

ARTHUR COHEN, Superintendent of
Greene Correctional Facility,

                Respondent.
------------------------------------------------------------------X

JUDGMENT
99-CV- 0323 (JBW)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 17 2005 ★
BROOKLYN OFFICE

      An Amended Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on March 29, 2005, denying the petition for a writ of habeas corpus; and granting a Certificate of Appealability with respect to lack of adequate identification; it is

      ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is granted with respect to lack of adequate identification.

Dated: Brooklyn, New York
       October 14, 2005

                                          ROBERT C. HEINEMANN
                                          Clerk of Court